UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| JOSE M. MUNOZ SANCHEZ,<br>    Debtor | : BANKRUPTCY NO. 24-10418-pmm |
| | : CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY,<br>    Movant | : L.B.R. 9014-3 |
| vs. | : |
| JOSE M. MUNOZ SANCHEZ and<br>SCOTT F. WATERMAN, Trustee<br>    Respondents | : |

## **O R D E R**

AND NOW, to wit, this _____ day of _____, 2024, upon consideration of the Motion for Relief from the Automatic Stay, it appearing to the Court that no Answer or response has been timely filed, the Motion is hereby granted and the automatic stay is terminated as to the Movant relative to property situate at 1017 North Front Street, Reading, PA 19601.

                       BY THE COURT:

cc: Leon P. Haller, Esquire
   Via: ECF/CM

   Scott F. Waterman, Esquire        _____
   Via: ECF/CM               Patricia M. Mayer,
                         Bankruptcy Judge

   United States Trustee
   Via: ECF/CM

   Brenna Hope Mendelsohn, Esquire
   Via: ECF/CM

   Jose M. Munoz Sanchez
   1017 North Front Street
   Reading, PA 19601